AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### SPARTANBURG DIVISION

| | |
|---|---|
| Jane Doe, Mother Doe, and Father Doe, | AMENDED **JUDGMENT IN A CIVIL CASE** |
| vs. | Case Number: 7:15cv2764-HMH |
| Spartanburg County School District Three, Jim Ray, and Todd E. Hardy, Sr. | |

**[X]    Decision by Court.**  This action came before the Court on Motion for Partial Summary Judgment.  The issues were considered and a decision was rendered granting the Motion for Partial Summary Judgment as to Defendants Jim Ray and Tod E. Hardy, Sr., as to all state law claims.

Now, Plaintiffs Jane Doe, Mother Doe, and Father Doe having accepted Defendant Spartanburg County School District Three's Offer of Judgment,

**IT IS ORDERED AND ADJUDGED** that judgment is entered for plaintiffs Jane Doe, Mother Doe, and Father Doe in the amount of One Hundred Twenty-Five Thousand and 00/100 ($125,000.00) Dollars with post-judgment interest thereon at the rate of .41% per annum.

ROBIN L. BLUME, Clerk

By_____
                Deputy Clerk

September 22, 2015